O

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MBAYE IBRAHIMA,<br>Petitioner,<br>v.<br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br>Respondents. | Case No. 5:26-cv-05377-CAS-MBK<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Neither party filed objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that:

(1) Judgment be entered granting the petition for writ of habeas corpus;

(2) A writ of habeas corpus be issued requiring Petitioner Mbaye Ibrahima's (A# 220-657-593) immediate release, subject to reasonable conditions of supervision;

(3) Respondents are to file a status report within three (3) calendar days confirming their compliance with the Court's order; and this case is dismissed with prejudice.

Dated: September 29, 2026

Christina A. Snyder

HON. CHRISTINA A. SNYDER
SENIOR U.S. DISTRICT JUDGE