JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

MBAYE IBRAHIMA,

Petitioner,

v.

DEPARTMENT OF HOMELAND SECURITY, et al.,

Respondent.

Case No. 5:26-cv-05377-CAS-MBK

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge, IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED.

DATE: September 29, 2026

Christina A. Snyder

HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE